UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEICO GENERAL INSURANCE
COMPANY,

      Plaintiff,

v.                                  CASE NO. 3:23-cv-205-HES-MCR

JANICE KEENAN, MICHAEL
MORGAN, Individually, and MICHAEL
MORGAN as Natural Parent and
Guardian of D.M., a minor,

      Defendants.
_____/

# ORDER

This matter is before this Court on "Plaintiff Geico General Insurance Company's Notice of Voluntary Dismissal Without Prejudice" (Dkt. 6).

Accordingly, it is **ORDERED**:

1. Based on to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., "Plaintiff Geico General Insurance Company's Notice of Voluntary Dismissal Without Prejudice" (Dkt. 6) is **GRANTED**, and this action is dismissed without prejudice; and

2. The Clerk is directed to terminate all pending motions and close this file.

DONE AND ORDERED at Jacksonville, Florida, this 29th day of March 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jordan Marshall Thompson, Esq.
David Michael Angley, Esq.